UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                          :
                                :
JAVIER O. JOVEL-AGUILAR         :   Case No.
                                :
                                :
                                :
                                :
                                :

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

AND NOW, this __25th__ day of __January__, 2011, upon a finding that **JAVIER O. JOVEL-AGUILAR** is financially unable to obtain counsel, IT IS ORDERED that the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone (717) 782-2237, is appointed to represent **JAVIER O. JOVEL-AGUILAR** in all matters relating to the homicide investigation at the United States Penitentiary at Lewisburg on or about June 15, 2010.

YVETTE KANE, CHIEF
UNITED STATES DISTRICT JUDGE